AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JILL MARIE-KAPPUS SCHMID,

        Plaintiff,

v.

DEPARTMENT OF THE ARMY, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5042-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Defendants' motions to dismiss and for summary judgment are GRANTED. All Plaintiff's Title VII claims are DISMISSED WITH PREJUDICE. All Plaintiff's Federal Tort Claims Act claims are DISMISSED for lack of jurisdiction. All other pending motions are hereby DENIED AS MOOT. All court dates are hereby STRICKEN. Judgment is entered in favor of Defendants. Case closed.

June 6, 2013  
*Date*

SEAN F. McAVOY  
*Clerk*  
s/ Cheryl Switzer  
*(By) Deputy Clerk*  
Cheryl Switzer